No. 204. GUESSEFELDT *v.* MCGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert F. Klepinger* and *William W*

*Barron* for petitioner. *Solicitor General Perlman* filed a memorandum suggesting that certiorari be granted. ▮